NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BUYERLEVERAGE EMAIL SOLUTIONS LLC, A DELAWARE LIMITED LIABILITY COMPANY,**
*Plaintiff-Appellant,*

v.

**MICROSOFT CORPORATION, TIME WARNER CABLE, INC., YAHOO! INC., RETURN PATH, INC., SBC INTERNET SERVICES, INC., AT&T SERVICES, INC.,** AND **COMCAST CABLE COMMUNICATIONS, LLC,**
*Defendants-Appellees.*

---

2014-1385

---

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-00645-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

Before CHEN, *Circuit Judge.*

**O R D E R**

Timothy J. Haller, Frederick C. Laney, and Daniel R. Ferri move to withdraw as counsel for BuyerLeverage

Email Solutions, LLC and for a 60-day extension of time for BuyerLeverage to file its opening brief. Appellees do not oppose the motion to withdraw, but oppose the extension of time. BuyerLeverage, through its managing partner, opposes the motion to withdraw.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted to the extent that BuyerLeverage's opening brief is due within 60 days of the date of this order.

(2) The motion to withdraw counsel is granted. New counsel for BuyerLeverage shall file an entry of appearance within 60 days of the date of this order.

                            FOR THE COURT

                            <u>/s/ Daniel E. O'Toole</u>
                            Daniel E. O'Toole
                            Clerk of Court

s30